UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO LOUIS NAVARRO,<br><br>    Plaintiff,<br><br>    v.<br><br>CATE, et al.,<br><br>    Defendants. | Case No. 1:20-cv-00810-JLT (PC)<br><br>**ORDER DIRECTING DEFENDANTS TO FILE A RESPONSIVE PLEADING**<br><br>30-DAY DEADLINE |

Plaintiff filed the operative, third amended complaint in this matter in the U.S. District Court for the Central District of California. *See Navarro v. Cate, et al.*, No. 5:12-cv-01260-DDP-PJW (C.D. Cal.) (Doc. 117). On May 20, 2020, District Judge Dean D. Pregerson granted the defendants' motion to sever claims and transferred Claims 2 and 3 of the third amended complaint to the U.S. District Court for the Eastern District of California. (Doc. 261; *see also* Doc. 257.) Claims 2 and 3 now proceed in this separate action. (*See* Docs. 262, 264.)

Defendants previously waived service of the third amended complaint. Accordingly, within 30 days of the date of service of this order, Defendants SHALL file a responsive pleading to Plaintiff's third amended complaint, addressing only the operative claims in this action.

///

///

///

As counsel have yet to appear in this new action, the Court DIRECTS the Clerk of the Court to serve this order via email on Supervising Deputy Attorney General Lawrence Bragg.

IT IS SO ORDERED.

Dated:   **July 6, 2020**               **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE