UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO LOUIS NAVARRO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DAVEIGA, ET. AL.,<br><br>　　　　　Defendants. | 1:20-CV-00810 AWI JLT<br><br>NEW CASE NUMBER:<br><br>**1:20-CV-00810 JLT**<br><br>**ORDER REASSIGNING CASE** |

All parties having executed consent forms, it is ordered that this matter be reassigned from the docket of United States District Judge Anthony W. Ishii, to the docket of United States Magistrate Judge Jennifer L. Thurston, for all purposes including trial and entry of Judgment.

To prevent a delay in documents being received by the correct judicial officer, the new case number listed below should be used on all future documents.

**1:20-CV-00810 JLT**

IT IS SO ORDERED.

Dated: _May 4, 2021_　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE

1