# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO LOUIS NAVARRO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DAVEIGA, et al.,<br><br>　　　　Defendants. | Case No. 1:20-cv-00810-JLT (PC)<br><br>**ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER**<br><br>(Doc. 277)<br><br>14-DAY DEADLINE |

On March 27, 2021, the Court issued an order staying this case for 90 days and referring it to alternative dispute resolution. (Doc. 277.) The Court directed the parties to file the notice attached to the order within 40 days. (*Id.* at 2.) Plaintiff filed his notice on April 14, 2021. (Doc. 280.) Although more than 40 days have passed, Defendants have not filed their notice or otherwise responded to the order.

Accordingly, within 14 days Defendants SHALL show cause why sanctions should not be imposed for the failure to comply with the Court's order. Alternatively, within that same time, Defendants may file the notice attached to the order (Doc. 277 at 3).

IT IS SO ORDERED.

　Dated: __May 19, 2021__　　　　　　　_/s/ Jennifer L. Thurston_
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE