UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO LOUIS NAVARRO,<br><br>              Plaintiff,<br><br>     v.<br><br>DAVEIGA, et al.,<br><br>             Defendants. | Case No. 1:20-cv-00810-JLT (PC)<br><br>**ORDER SETTING VIDEO SETTLEMENT CONFERENCE**<br><br>Date:  July 13, 2021<br>Time:  11:00 a.m. |

      On March 27, 2021, the Court issued an order staying this case for 90 days and referring it to alternative dispute resolution. (Doc. 277.) The Court directed the parties to file a notice indicating whether they agree to participate in a settlement conference. (*Id.* at 2.) The parties filed notices that they agree to do so. (Docs. 280, 284.) Accordingly, the Court **ORDERS**:

1. This case is set for a settlement conference <u>via Zoom</u> before Magistrate Judge Stanley A. Boone on **July 13, 2021 at 11:00 a.m.**
2. This case remains stayed until the completion of the settlement conference.
3. Defense counsel shall arrange for Plaintiff's participation in the conference. Defense counsel shall contact Courtroom Deputy Mamie Hernandez at (559) 499-5672 or mhernandez@caed.uscourts.gov for the Zoom connection information.
4. Each party or a representative with full authority to negotiate and enter into a binding settlement agreement shall participate in the conference. The failure of any counsel,

party, or authorized person subject to this order to participate in the conference may result in the cancellation of the conference and the imposition of sanctions.

5. Consideration of settlement is a serious matter that requires thorough preparation prior to the settlement conference. Participants must be prepared to discuss the claims, defenses, and damages.

6. The parties shall submit confidential settlement conference statements so that they arrive at the Court **no later than July 6, 2021**. Defendants shall email their statement to saborders@caed.uscourts.gov. Plaintiff shall mail his statement to U.S. District Court, 2500 Tulare Street, Fresno, California 93721, "**Attn: Magistrate Judge Stanley A. Boone**." The envelope shall be marked "Confidential Settlement Conference Statement."

   Once the parties have submitted their statements, they shall also file a "Notice of Submission of Confidential Settlement Conference Statement." *See* Local Rule 270(d). The settlement conference statements themselves **should not be filed** with the Court **nor served on any other party**.

7. The confidential settlement conference statements shall be no longer than five pages in length, typed or neatly printed, and include the following:

   a. A brief statement of the facts of the case.

   b. A brief statement of the claims and defenses of the case, i.e., the statutory, constitutional, or other grounds upon which the claims are founded.

   c. A forthright discussion of the strengths and weakness of the case and an evaluation of the likelihood of prevailing on the claims or defenses, from the party's perspective, and a description of the major issues in dispute.

   d. An estimate of the party's expected costs and time to be expended for further discovery, pretrial matters, and trial.

   e. The party's position on settlement, including present demands and offers and a history of past settlement discussions, offers, and demands.

   f. A brief statement of each party's expectations and goals for the settlement

conference, including how much the party is willing to accept or pay.

  g. If a party intends to discuss the settlement of any other actions or claims not raised in this suit, a brief description of each action or claim, including case number(s), as applicable.

8. If a settlement is reached prior to the settlement conference, defense counsel is to inform the courtroom deputy of Judge Boone and file a Notice of Settlement in accordance with Local Rule 160.

9. The parties remain obligated to keep the Court informed of their current addresses at all times while the action is pending. Any change of address must be reported promptly to the Court in a document captioned for this case and entitled "Notice of Change of Address." *See* Local Rule 182(f).

Failure to follow these procedures may result in the imposition of sanctions by the Court.

IT IS SO ORDERED.

 Dated: **June 2, 2021**    **_ /s/ Jennifer L. Thurston**
               CHIEF UNITED STATES MAGISTRATE JUDGE