# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO LOUIS NAVARRO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DAVEIGA, et al.,<br><br>　　　　　Defendants. | Case No. 1:20-cv-00810-JLT  (PC)<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR REMOTE APPEARANCE OF MARIO LOUIS DAVEIGA, CDCR NO. V-31698**<br><br>DATE:  July 13, 2021<br>TIME:   11:00 A.M. |

　　　Mario Louis Navarro, CDCR #V-31698, a necessary participant in a settlement conference on July 13, 2021, is confined at California Institution for Men in Chino, California, in the custody of the warden. To secure the inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian of the prison to produce the inmate before Magistrate Judge Stanley A. Boone, U.S. District Court, Eastern District of California, by Zoom videoconference on July 13, 2021, at 11:00 A.M.

## ACCORDINGLY, THE COURT ORDERS:

　　　1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the warden to produce the inmate named above, by Zoom videoconference, to participate in a settlement conference before Magistrate Judge Stanley A. Boone on the date and time above, until completion of the conference or as ordered by the court. Zoom videoconference connection information will be supplied via email.

　　　2.  Any difficulties connecting to the Zoom videoconference shall be immediately reported to Mamie Hernandez, courtroom deputy, at mhernandez@caed.uscourts.gov.

　　　3.  The custodian shall notify the court of any change in custody of this inmate and provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  The Warden of California Institution for Men**

　　　**WE COMMAND** you to produce the inmate named above to testify before Judge Boone on the date and time above, by Zoom videoconference, until completion of the proceedings or as ordered by the court.



　　　**FURTHER**, you are ordered to notify the court of any change in custody of the inmate and to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

　　Dated:  __**June 7, 2021**__　　　　　　_____**/s/ Jennifer L. Thurston**__
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE