UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO LOUIS NAVARRO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAVEIGA, et al.,<br><br>　　　　　Defendants. | Case No. 1:20-cv-00810-JLT (PC)<br><br>**ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE**<br><br>21-DAY DEADLINE |

On September 10, 2021, Plaintiff filed a motion to reopen this closed matter. (Doc. 295.) The Court DIRECTS Defendants to file a response to Plaintiff's motion within 21 days of the date of service of this order.

IT IS SO ORDERED.

　　Dated:   **October 4, 2021**　　　　　　　　　　_ **/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE