UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO LOUIS NAVARRO,<br><br>        Plaintiff,<br><br>   v.<br><br>DAVEIGA, et al.,<br><br>        Defendants. | Case No. 1:20-cv-00810-JLT (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTIONS TO REOPEN CASE**<br><br>(Docs. 295, 297) |

     On September 10, 2021, Plaintiff filed a motion to reopen this closed matter on the ground that Defendants had not provided him a copy of the parties' executed settlement agreement. (Doc. 295.) He filed a similar motion on October 15, 2021. (Doc. 297.) Per the Court's order (Doc. 296), Defendants filed a response on October 20, 2021. (Docs. 298-299.) Therein, Defendants state that "[a] completely executed copy of the Settlement Agreement and Release now has been provided to Plaintiff." (Doc. 298 at 1-2.) In a reply, Plaintiff states that he has received the copy of the executed settlement agreement. (Doc. 300.) Accordingly, Plaintiff's motions (Docs. 295, 297) are DENIED as moot.

IT IS SO ORDERED.

   Dated:   **November 4, 2021**             _/s/ Jennifer L. Thurston_
                                                                         CHIEF UNITED STATES MAGISTRATE JUDGE